**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1272**

EARL VENNINGS, JR.,

Plaintiff - Appellant,

v.

ANTWON CARTER, Detective; RICHARD GERTEN, Detective,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Mary G. Lewis, District Judge.  (2:19-cv-02543-MGL)

Submitted:  September 24, 2020                      Decided:  September 28, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Earl Vennings, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Vennings, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Vennings' civil rights complaint under 28 U.S.C. § 1915(e)(2)(B). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Vennings' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*